

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-18-00161-CV |
| IN RE:  UNITED SERVICES AUTOMOBILE ASSOCIATION, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Sue M. Kurita, Judge of the County Court at Law No. 6 of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 26TH DAY OF SEPTEMBER, 2018.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.